SAMUEL BRAUSE et al., Appellants, *v.* ANTONIO PARISI et al., Respondents.

Argued March 1, 1949; decided April 14, 1949.

*John M. Keating* and *Maurice Flam* for appellants.

*Alexander V. Cavallari* and *Samuel R. Rakosi* for respondents.

*Nathan W. Math, Joseph Jay* and *Alfred Weinstein* for Temporary City Housing Rent Commission, *amicus curiæ,* in support of respondents' position.

Order affirmed, with costs; no opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Dye, Fuld and Bromley, JJ.